UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL DWAYNE HALL,<br><br>   Plaintiff,<br><br>   v.<br><br>DEUEL VOCATIONAL INSTITUTION et al.,<br><br>   Defendants. | No.  2:13-cv-0746 AC (TEMP) P<br><br><br>ORDER |

A recent court order was served on plaintiff's address of record and returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service, and plaintiff has failed to notify the court of a current address.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.  See Local Rule 183(b).[1]

DATED: May 13, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 4)