UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL DWAYNE HALL, | No. 2:13-cv-0746 AC P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION et al., | |
| Defendants. | |

For good cause shown, this case is reopened. Within thirty days after the filing date of this order, plaintiff shall inform the court whether he intends to proceed on his Second Amended Complaint filed September 30, 2014, ECF No. 22, or proceed on a Third Amended Complaint submitted together with plaintiff's response to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is reopened; the Clerk of Court is directed to vacate the order and judgment entered in this case on May 13, 2016, ECF Nos. 29, 30.

2. Plaintiff's requests to reopen this case, ECF Nos. 31-2, are granted.

3. Within thirty (30) days after the filing date of this order, plaintiff shall inform the court, by completing and submitting the attached Notice of Election form, whether plaintiff

////

////

chooses to proceed on his Second Amended Complaint filed September 30, 2014, ECF No. 22, or on a Third Amended Complaint submitted together with the completed Notice of Election.

DATED: August 29, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   TERRELL DWAYNE HALL,              No.  2:13-cv-0746 AC P
12              Plaintiff,
13         v.                          NOTICE OF ELECTION
14   DEUEL VOCATIONAL INSTITUTION
     et al.,
15
                Defendants.
16
17
18         Plaintiff elects to:
19         ____   Proceed on his Second Amended Complaint filed September 30, 2014.
20         OR
21         ____   Proceed on a Third Amended Complaint submitted herewith.
22
23
     _____          _____
24   Date                                     Plaintiff
25
26
27
28