UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL DWAYNE HALL, | No. 2:13-cv-0746 AC P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file a Third Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 39, is granted;

2. Plaintiff shall file his Third Amended Complaint within thirty days after service of this order; failure to timely file a Third Amended Complaint will result in the dismissal of this action without prejudice.

3. Plaintiff's "Motion to Alter or Amend Judgement," ECF No. 38, is denied as moot.

DATED: October 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE