UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL DWAYNE HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>DEUEL VOCATIONAL INSTITUTION, et al.,<br><br>  Defendants. | No. 2:13-cv-0746 KJM AC P<br><br>ORDER |

On July 5, 2018, plaintiff filed a notice of change of address and motion for extended time, stating that he lost his paper work for this case. ECF No. 55. However, this prisoner civil rights action was dismissed without prejudice on May 30, 2018, due to plaintiff's failure to exhaust administrative remedies prior to filing his complaint. ECF Nos. 53, 54. Copies of the findings and recommendations and order dismissing this case are included with this order for plaintiff's review.

Plaintiff is advised that any further documents filed after the closing date of this case will be disregarded and no further orders will issue in response any future filings.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time is denied as moot.

////

2. The Clerk of Court is directed to send plaintiff, together with a copy of this order, copies of the undersigned findings and recommendations filed April 30, 2018, ECF No. 52, and the district judge's order filed May 30, 2018, ECF No. 53.

IT IS SO ORDERED.

DATED: July 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE